IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02436-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$8,670.00 IN UNITED STATES CURRENCY,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

THIS MATTER IS before the court upon the United States of America's Unopposed Motion to Vacate Status Conference (*doc # 50*), filed April 12, 2011. IT IS HEREBY ORDERED that the instant motion is GRANTED, and the Status Conference scheduled for April 14, 2011 is VACATED.

IT IS FURTHER ORDERED that the parties shall file signed settlement documents and a motion for a judgment and final order of forfeiture on or before **May 13, 2011**.

**DATED:**     April 13, 2011