IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02436-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$8,670.00 IN UNITED STATES CURRENCY,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

THIS MATTER IS before the court upon the United States of America's Unopposed Motion to Vacate Deadline to File Settlement Documents and Final Order of Forfeiture (*doc # 54*), filed May 12, 2011. IT IS HEREBY ORDERED that the instant motion is GRANTED, and the May 13, 2011 deadline for the parties to file signed settlement documents and a motion for a judgment and final order of forfeiture, as set in the court's April 13, 2011 Minute Order (*doc # 52*), is VACATED.

IT IS FURTHER ORDERED that the parties shall file a status report on or before **July 13, 2011**.

**DATED:**    May 13, 2011