IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02436-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$8,670.00 IN UNITED STATES CURRENCY,

    Defendant.

---

**ORDER**

---

This matter is before the Court on claimant Randy Alan Merrill's motion to withdraw [Docket No. 65] his verified statement of interest [Docket No. 9] and answer to complaint for forfeiture *in rem* [Docket No. 10].[1]  The Court is fully apprised of the motion's premises.  It is

**ORDERED** that Randy Alan Merrill's motion to withdraw [Docket No. 65] his verified statement of interest [Docket No. 9] and answer to complaint for forfeiture *in rem* [Docket No. 10] is GRANTED.  It is further

**ORDERED** that the United States' motion to strike claim and answer of Randy Merrill [Docket No. 43] is DENIED as moot.

---

[1] Mr. Merrill did not provide a title for Docket No. 65, in which he seeks to "withdraw [his] claim and answer."  Docket No. 65 at 1.  The Court construes the filing as a motion to withdraw Docket Nos. 9 and 10.

DATED June 22, 2011.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge