IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02436-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$8,670.00 IN UNITED STATES CURRENCY,

    Defendant.

## FINAL ORDER OF FORFEITURE

    This matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture [Docket No. 69]. The Court has reviewed the motion and finds as follows:

    1.  The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881.

    2.  All known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4).

    3.  The United States and claimant Robert C. Merrill have reached a settlement in this case and have filed a Settlement Agreement with the Court resolving all issues in dispute [Docket No. 68].

    4.  No other claims to defendant $8,670.00 in United States Currency have been filed.

    5.  Upon agreement of the parties, the United States shall return to claimant

Robert Merrill $5,000.00 of defendant $8,670.00 in United States Currency. The remaining $3,670.00 of defendant $8,670.00 in United States Currency shall be forfeited to the United States and disposed of in accordance with law.

6. It further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

Therefore, it is

**ORDERED** that the United States' Unopposed Motion for Final Order of Forfeiture [Docket No. 69] is GRANTED. It is further

**ORDERED** that forfeiture of $3,670.00 of defendant $8,670.00 in United States Currency shall enter in favor of the United States. The United States shall have full and legal title to the defendant Currency, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement. It is further

**ORDERED** that a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465. It is further

**ORDERED** that the Clerk of Court shall enter judgment.

DATED June 28, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge